NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001025
13-OCT-2015
08:43 AM

NO. CAAP-12-0001025

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
MICHAEL A. BAYUDAN, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(1DTA-11-04027)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Fujise and Ginoza, JJ.)

Upon consideration of Defendant-Appellant Michael A. Bayudan's Motion for Reconsideration filed on October 6, 2015, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED: Honolulu, Hawai'i, October 13, 2015.

On the motion:

Brian S. Kim
(Urbanc Willard Park & Kim),
for Defendant-Appellant.

Chief Judge

Associate Judge

Associate Judge